3

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

AUG 1 0 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-00-096 | DATE & TIME: 08-10-00 AT 1:30 P.M. |
| C. A. RASMUSSEN, INC. | PLAINTIFF(S) COUNSEL   WILLIAM COLLIER, JR. |
| VS. | |
| MARTIN MARIETTA MATERIALS, INC., ET AL. | DEFENDANT(S) COUNSEL   HAYWARD J. KAISER   JASON B. KRISCHER |

---

Attorney Chuck Shipman appeared for defendants. Attorneys for Plaintiff did not appear.

Defendant's Motion to Withdraw and Ssubstitute Ccounsel was presented. Order granting Motion was signed.

Scheduling dates were selected.

ClibPDF - www.fastio.com