4

IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 0 2000

Michael N. Milby
Clerk of Court

C.A. RASMUSSEN, INC.                :
                                    :
VS.                                 :        CIVIL ACTION NO. B-00-096
                                    :
MARTIN MARIETTA MATERIALS,          :
INC., ET AL                         :

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

W. MICHAEL FISHER, of the law firm of ROERIG, OLIVEIRA & FISHER, L.L.P.,

hereby enters his appearance as additional counsel for Plaintiff, C.A. RASMUSSEN, in this case.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas  78520
(956) 542-5666
(956) 542-0016 FAX

ATTORNEYS FOR C.A. RASMUSSEN

By: _____
W. MICHAEL FISHER
Federal Admission No. 1080
State Bar No. 07062420

NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
/mf.federal/20125.appearatty

## CERTIFICATE OF SERVICE

I, W. MICHAEL FISHER, hereby certify that a true and correct copy of the above and foregoing NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL has been provided to:

William H. Collier, Jr.
P.O. Box 1730
Long Beach, CA 90801-1730

Hayward J. Kaiser
Jason B. Krischer
11377 West Olympic Blvd.
Los Angeles, CA 90064

this 10th day of August, 2000.

W. MICHAEL FISHER