IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 0 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| C.A. RASMUSSEN, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | |
| MARTIN MARIETTA MATERIALS, INC., § | B-00-096 |
| MARTIN MARIETTA AGGREGATES, § | |
| MARTIN MARIETTA MATERIALS § | |
| CANADA, LTD., and DOES 1 through 100, § | |
| § | |
| Defendants. § | |

### DEFENDANTS' MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, MARTIN MARIETTA MATERIALS, INC. and MARTIN MARIETTA AGGREGATES, file this Motion to Withdraw and Substitute Counsel in the above styled and numbered cause and, in support hereof, would show the Court the following:

1. Plaintiff originally filed this suit in California Superior Court for the County of Ventura, East County Division, on October 20, 1999. On January 10, 2000 Defendants herein removed this matter to the United States District Court for the Central District of California, Western Division, where it was designated as Case No. CV 00-359-DT (the "California Action"). By Order dated June 7, 2000, the California Action was transferred to the United States District Court for the Southern District of Texas, Brownsville Division, and assigned the above referenced cause number.

2. The attorneys who represented Defendants in the California Action are Hayward J. Kaiser and Karin G. Pagnanelli of the law firm of Mitchell Silberberg & Knupp, LLP, in Los Angeles, California. Because the suit has been transferred to this Court, Defendants now desire that Mr.

Kaiser, Ms. Pagnanelli and Mitchell Silberberg & Knupp, LLP be allowed to withdraw as their attorneys of record in this case.

3. Defendants hereby request that Chuck Shipman of the law firm Haynes and Boone, L.L.P. be substituted as attorney in charge for Defendants in this case.

4. The withdrawal and substitution of attorneys requested in this Motion is not being made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Defendants, MARTIN MARIETTA MATERIALS, INC. and MARTIN MARIETTA AGGREGATES respectfully request that the Court grant their Motion to Withdraw and Substitute Counsel as requested herein. Defendants also request such other and further relief to which they are justly entitled.

Respectfully submitted,

*/s/ Chuck Shipman*

Chuck Shipman
Attorney in charge
State Bar No. 00794628
Southern District No. 19682
HAYNES AND BOONE, L.L.P.
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205-1540
Telephone: (210) 978-7000
Telecopier: (210) 978-7450

ATTORNEYS FOR DEFENDANTS
MARTIN MARIETTA MATERIALS, INC. and
MARTIN MARIETTA AGGREGATES

AGREED TO AND APPROVED:

*[signature]*

Hayward J. Kaiser
California State Bar No. 66365
MITCHELL SILBERBERG & KNUPP, L.L.P.
11377 West Olympic Blvd.
Los Angeles, CA 90064
Telephone:  (310) 312-2000
Telecopier: (310) 312-3100

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Withdraw and Substitute Counsel has been served upon counsel for Plaintiff in accordance with the Federal Rules of Civil Procedure on this 10th day of August, 2000.

*[signature]*

Chuck Shipman