7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 1 4 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| C. A. RASMUSSEN, INC. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-096 |
| § | |
| MARTIN MARIETTA MATERIALS, INC., § | |
| ET AL. § | |

## ORDER

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **March 16, 2001.** If additional time is required, a motion requesting such extension must be filed no later than **March 2, 2001.** Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) Dispositive Motions must be filed by **April 20, 2001.**
Response must be filed by **May 25, 2001**.

(4) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **August 17, 2001.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5) A final pretrial and settlement conference is set for **August 17, 2001 at 1:30 P.M.**

(6) Final Pretrial is set for **August 30, 2001 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **August 31, 2001 at 8:30 A.M.** before Judge Filemon B. Vela.

(7) Trial on the merits is set for **September 2001**, docket call.

DONE at Brownsville, Texas, on this 10th day of August, 2000.

_____
John Wm. Black
United States Magistrate Judge

ClibPDF - www.fastio.com