UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | BROWNSVILLE | Action Number | B-00-096 |
|---|---|---|---|
| C.A. RASMUSSEN, INC. | | | |
| | *versus* | | |
| MARTIN MARIETTA MATERIALS, INC., ET AL. | | | |

United States District Court
Southern District of Texas
FILED
AUG 29 2000
Michael N. Milby
Clerk of Court

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | WILLIAM H. COLLIER, ESQ. |
| Firm | KEESAL, YOUNG & LOGAN |
| Street | 400 OCEANGATE |
| City & Zip Code | LONG BEACH, CALIFORNIA 90802 |
| Telephone | (562) 436-2000 |
| | CALIFORNIA-97491 |
| Licensed: State & Number | TEXAS-04599650 |
| Admitted US District Court for: | CENTRAL DISTRICT OF CALIFORNIA |

Seeks to appear as the attorney for this party:

C.A. RASMUSSEN, INC.

Dated: 8-10-2000    Signed: [signature William H Collier]

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____,     _____
                                         United States District Judge

SDTX AA-6 (8/98)

## PROOF OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, Long Beach, California 90802.

      On August 28, 2000, I served the foregoing document described as **Motion & Order for Admission pro Hac Vice** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Hayward J. Kaiser, Esq.**
**Jason B. Krischer, Esq.**
**Mitchell Silberberg & Knupp LLP**
**11377 West Olympic Boulevard**
**Los Angeles, CA 90064-1683**

**W. Michael Fisher**
**Roerig, Oliveira & Fisher, LLP**
**855 West Price Road, Suite 9**
**Brownsville, Texas 78520**

      I deposited such fully prepaid sealed envelope(s) in the **mail** at Long Beach, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this declaration.

      Executed on August 28, 2000 at Long Beach, California.

      I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Debra Klesges