| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | BROWNSVILLE | Action Number | B-00-096 |
|---|---|---|---|
| C.A. RASMUSSEN, INC. | | United States District Court Southern District of Texas FILED | |
| | *versus* | AUG 2 9 2000 | |
| MARTIN MARIETTA MATERIALS, INC., ET AL. | | Michael N. Milby Clerk of Court | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Admitted US District Court for: | JAMES R. GREENE, ESQ.<br>KEESAL, YOUNG & LOGAN<br>400 OCEANGATE<br>LONG BEACH, CALIFORNIA   90802<br>(562) 436-2000<br>CALIFORNIA-201468<br>CENTRAL DISTRICT OF CA | United States District Court Southern District of Texas ENTERED  //<br>AUG 3 0 2000<br>Michael N. Milby, Clerk of Court<br>By Deputy Clerk |
|---|---|---|

Seeks to appear as the attorney for this party:

| C.A. RASMUSSEN, INC. |
|---|

| Dated: 8/10/00 | Signed: [signature] |
|---|---|

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on 30 AUG 2000

[signature]

United States ~~District~~ Judge
MAGISTRATE

SDTX AA-6 (8/98)

ORIGINAL