9

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | BROWNSVILLE | Action Number | B-00-096 |
|---|---|---|---|
| C.A. RASMUSSEN, INC. | | | United States District Court<br>Southern District of Texas<br>FILED<br>AUG 2 9 2000<br>Michael N. Milby<br>Clerk of Court |
| | *versus* | | |
| MARTIN MARIETTA MATERIALS, INC., ET AL. | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | WILLIAM H. COLLIER, ESQ. |
| Firm | KEESAL, YOUNG & LOGAN |
| Street | 400 OCEANGATE |
| City & Zip Code | LONG BEACH, CALIFORNIA 90802 |
| Telephone | (562) 436-2000 |
| Licensed: State & Number | CALIFORNIA-97491<br>TEXAS-04599650 |
| Admitted US District Court for: | CENTRAL DISTRICT OF CALIFORNIA |

United States District Court<br>Southern District of Texas<br>ENTERED #10<br>AUG 3 0 2000<br>Michael N. Milby, Clerk of Court<br>By Deputy Clerk

Seeks to appear as the attorney for this party:

C.A. RASMUSSEN, INC.

Dated: 8-10-2000     Signed: *William H Collier*

ORIGINAL

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on 30 AUG 2000

United States ~~District~~ Judge
MAGISTRATE

SDTX AA-6 (8/98)