WILLIAM H. COLLIER, CASB No. 97491
JAMES R. GREENE, CASB No. 201468
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
P.O. Box 1730
Long Beach, California  90801-1730
Telephone: (562) 436-2000

Attorneys for Plaintiff C.A. RASMUSSEN, INC.

United States District Court
Southern District of Texas
FILED

SEP 1 1 2000

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

| | |
|---|---|
| C.A. RASMUSSEN, INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>MARTIN MARIETTA MATERIALS, INC., MARTIN MARIETTA AGGREGATES, MARTIN MARIETTA MATERIALS CANADA, LTD., and DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No. B-00-096<br><br>**AMENDED PROOF OF SERVICE OF MOTION & ORDER FOR ADMISSION PRO HAC VICE** |

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, Long Beach, California  90802.

  On September 8, 2000, I served the foregoing document described as **MOTION & ORDER FOR ADMISSION PRO HAC VICE** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

COPY

Amended Proof of Service re Motion & Order for Admission Pro Hac Vice    732975

Chuck Shipman

Haynes and Boone, LLP

112 E. Pecan St., Ste. 1600

San Antonio, Texas  78205

I deposited such fully prepaid sealed envelope(s) in the **mail** at Long Beach, California.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this declaration.

Executed on September 8, 2000 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Debra Klesges*

Debra Klesges

Amended Proof of Service re Motion & Order for Admission Pro Hac Vice