

United States District Court
Southern District of Texas
FILED

MAR 1  2001

Michael N. Milby
Clerk of Court

*13*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| C.A. RASMUSSEN, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| MARTIN MARIETTA MATERIALS, INC., | § | B-00-096 |
| MARTIN MARIETTA AGGREGATES, | § | |
| MARTIN MARIETTA MATERIALS | § | |
| CANADA, LTD., and DOES 1 through 100, | § | |
| | § | |
| Defendants. | § | |

## AGREED MOTION TO EXTEND DISCOVERY DEADLINE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, C.A. RASMUSSEN, INC., and Defendants, MARTIN MARIETTA MATERIALS,

INC. and MARTIN MARIETTA AGGREGATES, file this Agreed Motion to Extend Discovery

Deadline in the above styled and numbered cause and, in support hereof, would respectfully show the

Court the following:

1.      Plaintiff originally filed this suit in California Superior Court for the County of

Ventura, East County Division, on October 20, 1999.  On January 10, 2000 Defendants herein

removed this matter to the United States District Court for the Central District of California.  By

Order dated June 7, 2000, the California Action was transferred to the United States District Court

for the Southern District of Texas, Brownsville Division, and assigned the above referenced cause

number.

2.      Plaintiff is also involved in a matter, styled *C.A. Rasmussen, Inc., d/b/a Rasmussen*

*RailGroup v. Joseph P. Linck, individually and d/b/a Global Stone, L.C. and Construction Linck,*

which was originally filed in the 357th District Court of Cameron County, Texas. The Cameron County case was brought as a result of essentially the same incidents and occurrences that are the subject of this litigation, and the ultimate outcome of the Cameron County case will potentially impact the claims, causes of action, and damages that Plaintiff may allege in this suit.

3.    The Cameron County case is still on appeal. The Court of Appeals for the 13th District of Texas issued its opinion in the Cameron County case on March 23, 2000; a copy of the opinion is attached as Exhibit "A." This decision has been appealed and is still pending before the Texas Supreme Court.

4.    Because the outcome of the appeal may impact what claims may be brought and what damages may be alleged in this litigation, neither party has conducted any discovery in this litigation while the appeal is still pending. However, the current deadline for completion of discovery is March 16, 2001.

5.    Accordingly, Plaintiff and Defendants have agreed to a one month extension of the discovery deadline. Under this agreement, the discovery in this case must be completed by April 16, 2001.

6.    If granted, this extension will not effect any other dates in the Court's August 10, 2000 Scheduling Order.

7.    This extension is sought in the interests of justice, and not in the interests of undue delay.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants respectfully request that the Court grant their Agreed Motion to Extend Discovery Deadline in this action and that deadline for completion of discovery be extended from March 16, 2001 to April 16, 2001.

Page 2

Respectfully submitted,

Chuck Shipman
Attorney in charge
State Bar No. 00794628
Southern District No. 19682
HAYNES AND BOONE, L.L.P.
112 East Pecan Street, Suite 1600
San Antonio, Texas 78205-1540
Telephone:  (210) 978-7000
Telecopier:  (210) 978-7450

ATTORNEYS FOR DEFENDANTS
MARTIN MARIETTA MATERIALS, INC. and
MARTIN MARIETTA AGGREGATES

William H. Collier
Attorney in charge
State Bar No. 04599650
Pro Hac Vice
James R. Greene
California State Bar No. 201468
Pro Hac Vice
KEESAL, YOUNG & LOGAN
400 Oceangate
Long Beach, California 90802
Telephone:  (562) 436-2000
Telecopier:  (210) 436-7416

ATTORNEYS FOR PLAINTIFF
C.A. RASMUSSEN, INC.