IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| C.A. RASMUSSEN, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| MARTIN MARIETTA MATERIALS, INC., | § | B-00-096 |
| MARTIN MARIETTA AGGREGATES, | § | |
| MARTIN MARIETTA MATERIALS | § | |
| CANADA, LTD., and DOES 1 through 100, | § | |
| | § | |
| Defendants. | § | |

## ORDER

(DOCKET NO 13)

On this day, came on for hearing the Agreed Motion to Extend Discovery Deadline. After considering the Motion, the Court is of the opinion that the Motion be GRANTED.

It is ORDERED that the deadline for the completion of discovery is extended until April 16, 2001.

It is so ORDERED.

Signed this 5TH day of MARCH, 2001.

_____
JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE

S-102794.1