

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | |
|---|---|
| C.A. RASMUSSEN, INC. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-096 |
| § | |
| MARTIN MARIETTA MATERIALS, INC. § | |
| ET AL. § | |

TYPE OF CASE:    __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 14, 2001 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 14, 2001

TO:   MR. WILLIAM COLLIER, JR.
      MR. W. MICHAEL FISHER
      MR. CHARLES SHIPMAN