*16*

United States District Court
Southern District of Texas
FILED

**THE HONORABLE JOHN WM. BLACK**

**SEP 1 4 2001**

**STATUS CONFERENCE**

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-00-096 | DATE & TIME: 09-14-01 AT 1:30 P.M. |
| C. A. RASMUSSEN, INC. | PLAINTIFF(S) WILLIAM COLLIER, JR. |
| | COUNSEL   W. MICHAEL FISHER |
| VS. | |
| MARTIN MARIETTA MATERIALS, INC., ET AL. | DEFENDANT(S) CHARLES W. SHIPMAN |
| | COUNSEL |

-------------------------------------------------------------------------------

Parties notified court that this case has been settled. Order of Dismissal will be filed.