IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 21 2001
Michael N. Milby, Clerk of Court

| | |
|---|---|
| C.A. RASMUSSEN, INC. | § |
| | § |
| VS. | § |
| | § |
| MARTIN MARIETTA MATERIALS, | §  CIVIL ACTION NO. B-00-096 |
| INC., MARTIN MARIETTA | § |
| AGGREGATES, MARTIN MARIETTA | § |
| MATERIALS CANADA, LTD., and | § |
| DOES 1 through 100, inclusive | § |

**PLAINTIFF'S STIPULATED AND UNOPPOSED
VOLUNTARY DISMISSAL OF DEFENDANTS MARTIN MARIETTA
MATERIALS, INC., MARTIN MARIETTA AGGREGATES,
MARTIN MARIETTA MATERIALS CANADA, LTD.
AND DOES 1 THROUGH 100, INCLUSIVE**

COMES NOW, Plaintiff C.A. Rasmussen, with the consent and agreement of the parties, respectfully file this Stipulated and Unopposed Voluntary Dismissal of Defendants Martin Marietta Materials, Inc., Martin Marietta Aggregates, Martin Marietta Materials Canada, Ltd. and Does 1 through 100, inclusive. Plaintiff would show the Court as follows:

I.

CONSENT OF ALL PARTIES

1.1  By the signatures of the authorized representatives of the parties affixed below, it is agreed and stipulated that the claims against Defendants Martin Marietta Materials, Inc., Martin Marietta Aggregates, Martin Marietta Materials Canada, Ltd. and Does 1 through 100, inclusive who were never identified or served are hereby dismissed from this lawsuit.

1.2  It is further agreed and stipulated that this dismissal is with prejudice.

1.3  It is also agreed that this stipulation may be executed in separate subparts for

administrative convenience which may be attached hereto and shall be effective as if executed through a single signature page.

II.

AUTHORITY

2.1   This dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and is intended to be effective upon filing with the court.

2.2   This dismissal is made pursuant to the agreement of the parties who by and through the affixing of the signatures below of their authorized representatives hereby stipulate to this dismissal.

WHEREFORE, PREMISES CONSIDERED, Plaintiff C.A. Rasmussen, Inc. files this Stipulated Dismissal of Defendants Martin Marietta Materials, Inc., Martin Marietta Aggregates, Martin Marietta Materials Canada, Ltd. and Does 1 through 100, inclusive. Plaintiff prays that based on this stipulation that the Court take any and all necessary actions to dismiss Defendants Martin Marietta Materials, Inc., Martin Marietta Aggregates, Martin Marietta Materials Canada, Ltd. And Does 1 through 100, inclusive from this cause of action with prejudice and for such other relief to which it may be entitled.

Respectfully Submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666 (Tel)
(956) 542-0016 (Fax)

By: _____
W. Michael Fisher
Federal ID No. 1080
State Bar No. 07062420

## ATTORNEYS FOR PLAINTIFF

Agreed to as to Substance and Form:

_____
Plaintiff C. A. Rasmussen, Inc.

By:   W. Michael Fisher
      ROERIG, OLIVEIRA & FISHER, L.L.P.
      855 W. Price Road, Suite 9
      Brownsville, Texas 78520

_____
*Defendants Martin Marietta Materials, Inc.,
Martin Marietta Aggregates, Martin Marietta
Materials Canada, Ltd. and Does 1 through
100, inclusive

By:   Chuck Shipman
      HAYNES AND BOONE, L.L.P.
      112 E. Pecan Street, Suite 1600
      San Antonio, Texas 78205

**\*SIGNED BY PERMISSION**

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of September, 2001, a true and correct copy of the foregoing Stipulated and Unopposed Voluntary Dismissal of Defendants Martin Marietta Materials, Inc., Martin Marietta Aggregates, Martin Marietta Materials Canada, Ltd. and Does 1 through 100, inclusive has been served on the following individuals and in the following manner:

**VIA CM,RRR 7106 4575 1294 1175 8931**
James R. Greene
LAW OFFICES OF KEESAL, YOUNG & LOGAN
P.O. Box 1730
Long Beach, California 90801-1730

**VIA CM,RRR 7106 4575 1294 1175 8948**
Chuck Shipman
HAYNES AND BOONE, L.L.P.
112 E. Pecan Street, Suite 1600
San Antonio, Texas 78205

_____
W. Michael Fisher