19

United States District Court
Southern District of Texas
ENTERED

SEP 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | | |
|---|---|---|
| C.A. RASMUSSEN, INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-096 |
| | § | |
| MARTIN MARIETTA MATERIALS, INC. | § | |
| ET AL. | § | |

TYPE OF CASE:    __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
**WILL NOT BE TELEPHONIC AND THERE WILL BE NO CONTINUANCE**

PLACE:                                                                   ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                        DATE AND TIME:

**SEPTEMBER 25, 2001 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 20, 2001

TO:   MR. WILLIAM COLLIER, JR.
       MR. W. MICHAEL FISHER
       MR. CHARLES SHIPMAN