20

IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 25 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk M. Garza

| | |
|---|---|
| C.A. RASMUSSEN, INC. § | |
| § | |
| VS. § | |
| § | |
| MARTIN MARIETTA MATERIALS, § | CIVIL ACTION NO. B-00-096 |
| INC., MARTIN MARIETTA § | |
| AGGREGATES, MARTIN MARIETTA § | |
| MATERIALS CANADA, LTD., and § | |
| DOES 1 through 100, inclusive § | |

## FINAL JUDGMENT FOR DISMISSAL

On this the **24TH** day of **SEPTEMBER** 2001, came on for consideration and review Plaintiff's Stipulated and Unopposed Voluntary Dismissal of Defendants MARTIN MARIETTA MATERIALS, INC., MARTIN MARIETTA AGGREGATES, MARTIN MARIETTA MATERIALS CANADA, LTD. and DOES 1 THROUGH 100, INCLUSIVE. Upon review of the Request, and based on the agreement of the parties and the absence of opposition, the court finds that the claims brought by Plaintiff C. A. Rasmussen in this cause against Defendants MARTIN MARIETTA MATERIALS, INC., MARTIN MARIETTA AGGREGATES, MARTIN MARIETTA MATERIALS CANADA, LTD. AND DOES 1 THROUGH 100, INCLUSIVE should be DISMISSED with prejudice.

IT IS THEREFORE, ORDERED that the claims brought by Plaintiff C. A. Rasmussen in this cause against Defendants MARTIN MARIETTA MATERIALS, INC., MARTIN MARIETTA AGGREGATES, MARTIN MARIETTA MATERIALS CANADA, LTD. AND DOES 1 THROUGH 100, INCLUSIVE are hereby DISMISSED from this lawsuit with prejudice with each party to bear their own costs and attorneys' fees.

DONE in Brownsville, Texas on this the **24TH** day of **SEPTEMBER** 2001.

UNITED STATES DISTRICT JUDGE

Copies to:

James R. Greene
LAW OFFICES OF KEESAL, YOUNG & LOGAN
P.O. Box 1730
Long Beach, CA 90801-1730

Chuck Shipman
HAYNES AND BOONE, L.L.P.
112 E. Pecan Street, Suite 1600
San Antonio, Texas 78205

W. Michael Fisher
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520